**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MAYKEL VAILLANT ARREBATO,<br><br>Petitioner,<br><br>v.<br><br>FRED FIGUEROA, *et al.*,<br><br>Respondents. | ) | Case No. CIV-26-1761-PRW |

**ORDER**

Before the Court is Petitioner's Petition for Writ of Habeas Corpus (Dkt. 1). This case is one of many habeas petitions filed by an alien detainee challenging the legal basis for his detention. On October 23, 2026, Magistrate Judge Amanda L. Maxfield issued a Report and Recommendation (Dkt. 10) recommending that the Court grant in part the Petition (Dkt. 1) and order Respondents to provide Petitioner with an individualized bond hearing within seven days or else release Petitioner from custody.[1] Judge Maxfield advised the parties of their right to object to the Report and Recommendation by October 30, 2026, in accordance with 28 U.S.C. § 636 and Fed. R. Civ. P. 72, and that failure to make a timely objection would waive any right

[1] R. & R. (Dkt. 10), at 6.

to appellate review of the factual and legal issues addressed in the Report and Recommendation.[2]

No party objected to the Report and Recommendation. In the absence of a timely objection, the Court reviews the Report and Recommendation to confirm that there is no plain error on the face of the record.[3] Having done so, the Court agrees with Judge Maxfield's analysis and conclusions.

The Court **ADOPTS** the Report and Recommendation (Dkt. 10) and **GRANTS** the Petition (Dkt. 1) **IN PART**. The Court **ORDERS** Respondents to provide Petitioner with an individualized bond hearing under 8 U.S.C. § 1226(a) within seven days of this Order or otherwise release Petitioner if he has not received a bond hearing within that period. The Court **ORDERS** Respondents to file a status report within ten days of this Order.

**IT IS SO ORDERED** this 23rd day of November 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

[2] R. & R. (Dkt. 10), at 6–7.

[3] *Summers v. State of Utah*, 927 F.2d 1165, 1167–68 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").